IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (MAS) (RLS) JUDGE MICHAEL A. SHIPP MAG. JUDGE RUKHSANAH L. SINGH |
| **THIS DOCUMENT RELATES TO:** MARILYN WILLIAMS, Plaintiff, V. JOHNSON & JOHNSON, ET AL. Defendants. | Civil Action No. 3:18-cv-11872 |

## SUGGESTION OF DEATH

Counsel for Plaintiff in the above-referenced action hereby gives notice of the death of Plaintiff Marilyn Williams. Ms. Williams passed away on November 12, 2024. In accordance with this Court's Order Governing Amendments to Complaints (dated October 10, 2023), Counsel for Plaintiff will file an Amended Complaint to substitute Dennis M. Williams, as Plaintiff and Personal Representative of the Estate so that Marilyn Williams' claims survive and the action on her behalf may proceed.

Dated: July 23, 2025

Respectfully submitted by,

***/s/ Alexa B. Wallace***
Alexa B. Wallace
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
(800) 898-2034 Telephone
(334) 954-7555 Facsimile
Alexa.Wallace@beasleyallen.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2025, a copy of the foregoing document was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Alexa B. Wallace*
Alexa B. Wallace

BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.